**Order entered October 4, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00045-CV

## RUBY GOODACRE, Appellant

## V.

## COURTYARDS AT KIRNWOOD, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05543-C**

## ORDER

Before the Court is appellee's September 18, 2018 motion to dismiss the appeal. In accordance with the Court's opinion of this date, we **DENY** the motion as **MOOT.**

/s/     ADA BROWN
        JUSTICE